NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001027
24-DEC-2014
08:20 AM

NO. CAAP-14-0001027

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JEREMY LEE WILMES, Petitioner-Appellant, v.
KATIE GUERREIRI, Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-P NO. 12-1-0045)

ORDER APPROVING THE DECEMBER 17, 2014
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation and Order for Dismissal of Appeal" (**Stipulation**), filed by Petitioner-Appellant Jeremy Lee Wilmes (**Appellant**), on December 17, 2014, and the record, it appears that (1) Appellant and Respondent-Appellee Katie Guerrieri stipulate to dismiss Appeal No. CAAP-14-0001027; (2) the parties and their attorneys have signed the Stipulation; (3) the Stipulation provides that "[e]ach party shall bear their own respective attorneys' fees and costs arising from this

appeal"; (4) no payment of court fees is due; and (5) Hawaiʻi Rules of Appellate Procedure Rule 42(b) provides, "If the parties to a docketed appeal . . . sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval by the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and that Appeal No. CAAP-14-0001027 is dismissed.  Each party shall bear their own fees and costs.

DATED: Honolulu, Hawaiʻi, December 24, 2014.

Chief Judge

Associate Judge

Associate Judge